UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GERARD PINEAU**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**COVENANT HEALTH, INC.**,<br><br>Defendant. | Case No. 1:26-cv-10032 |
| **MICHAEL WICKETT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**COVENANT HEALTH, INC.**,<br><br>Defendant. | Case No. 1:26-cv-10044 |

**PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS
AND APPOINT INTERIM CLASS COUNSEL**

Under Federal Rules of Civil Procedure 42(a) and 23(g)(3) and Local Rule 40.1(g), Plaintiffs Gerard Pineau and Michael Wickett (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this motion to (1) consolidate the related actions; (2) appoint Plaintiffs' attorneys Casondra Turner of Milberg, PLLC and Andrew W. Ferich of Ahdoot & Wolfson, PC as Interim Class Counsel ("Proposed Interim Class Counsel"); (3) stay the related actions, including any of the Defendant's responsive pleading deadlines, and require the filing of a consolidated class action complaint ("Consolidated Complaint") within 30 days of entry of an order consolidating the cases and appointing Interim Class Counsel.

In support thereof, Plaintiffs submit the attached Memorandum of Law, citing supporting

1

authorities. Pursuant to L.R. 7.1(a)(2), Plaintiffs' counsel conferred with counsel for Defendant, and, as of this filing, Defendant's position is unknown.

Dated: January 8, 2026

Respectfully Submitted,

By: */s/ Casondra Turner*
Casondra Turner (MA BBO No. 687682)
**MILBERG, PLLC**
260 Peachtree Street, NW
Suite 2200
Atlanta, Georgia 30303
Telephone: (866) 252-0878
Fax: (771) 772-3086
cturner@milberg.com

Andrew W. Ferich\*
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Proposed Interim Class Counsel*

David Pastor (BBO 391000)
*dpastor@pastorlawoffice.com*
**PASTOR LAW OFFICE**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: (617) 742-9700
Fax: (617) 742-9701

Thomas E. Loeser\*
tloeser@cpmlegal.com
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 970-8181

Christina Xenides
Tyler J. Bean\*

Kennedy M. Brian*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: cxenides@sirillp.com
E: tbean@sirillp.com
E: kbrian@sirillp.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612)-336-2940
E: bbleichner@chestnutcambronne.com
E: pkrzeski@chestnutcambronne.com

*Counsel for Plaintiffs and the Proposed Class*

\* *pro hac vice* to be filed or pending

3

**L.R. 7.1(a)(2) CERTIFICATE**

The undersigned counsel hereby certifies pursuant to L.R. 7.1(a)(2) that Plaintiffs' counsel conferred with counsel for Defendant and, as of this filing, Defendant's position is unknown.

By: /s/ *Casondra Turner*
Casondra Turner

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and its attachment(s) were filed with the Court through the CM/ECF system on January 8, 2026 and that the same was served on Defendant's counsel via email as follows:

Carrie Dettmer Slye
BAKER & HOSTETLER LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074
cdettmerslye@bakerlaw.com

Edward J. McAndrew
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 564-8386
emcandrew@bakerlaw.com

By: /s/ *Casondra Turner*
Casondra Turner